# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

See attachment

**Plaintiff,**

**V.**

See attachment

**Defendant.**

**Civil Action No.** 23-cv-01258-LL-AHG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES Defendant's Motion to Withdraw the Reference. The case is hereby closed.

**Date:** 8/31/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ A. Cortez
A. Cortez, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 23-cv-01258-LL-AHG

<u>In Re</u>
uCast, LLC
formerly known as
Q Platform Americas LLC

<u>In Re</u>
Q Media Services, LLC
formerly known as
Qello LLC

<u>In Re</u>
QMS Holdings, LLC
formerly known as
Qello Holdings, LLC

<u>Plaintiff</u>
Gerald H. Davis
Chapter 7 Trustee

V.
<u>Defendant</u>
Gary Winnick